**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MICHAEL SHANE TOWNSON,**

    **Plaintiff,**

vs.                                             **Case No. 4:10cv135-SPM/WCS**

**J. SPEIGHTS, et al.,**

    **Defendants.**

                                            /

## SECOND REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding *pro se* and *in forma pauperis*, has filed another "request for immediate action." Doc. 15. I just recently entered a report and recommendation, doc. 13, on Plaintiff's prior motions, docs. 10 and 11. This motion was filed before Plaintiff would have received the first report and recommendation in the mail.

Plaintiff states in his request, doc. 15, that he was brought out of his cell, taken to an area out of the camera view, and then the unidentified person choked him and said, "If you don't drop it, we will drop you." *Id.* Plaintiff is again seeking a restraining order.

This motion does not identify the person who threatened him.  It is unknown whether this person is a Defendant in this case or not.  It is unknown when the events occurred.  It is unknown whether Plaintiff has sought protective custody or not.  The statement made in the motion, doc. 15, is troubling, but there are insufficient facts to support issuance of a restraining order or preliminary injunction.  Because Plaintiff's motion is insufficient, the motion should be denied.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's request for immediate action, doc. 15, construed as a motion for temporary restraining order, be **DENIED** and this case **REMANDED** for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on July 23, 2010.


 s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**