IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL SHANE TOWNSON,

    Plaintiff,

v.                                            CASE NO. 4:10cv135-SPM/WCS

J. SPEIGHTS, et al.,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's first and second report and recommendations. Docs. 13 and 17. Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendations (docs. 13 and 17) are ADOPTED and incorporated by reference in this order.

    2.    Plaintiff's motion for quick relief (doc. 10), motion for temporary restraining order (doc. 11) and motion immediate action (doc. 15) are denied.

3. This case is remanded to the magistrate judge for further proceedings.

DONE AND ORDERED this 25th day of August, 2010.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge